UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

CORRINE LUCAS, individually and
on behalf of and all others similarly situated,

                              Plaintiffs,

v.                                              CASE NO.  2:22-cv-00591

INTERCONTINENTAL CAPITAL GROUP, INC.,

                              Defendant.

---

**MOTION FOR REFUND OF *PRO HAC VICE* FEE OVERPAYMENT**

On March 4, 2022, the *Pro Hac Vice* fee of $150.00 was paid in error twice upon the filing of the application for Zev Hillel Antell [Docket No. 16].  The two receipts are filed herein as Exhibit 1. Upon the direction of the Financial Department of Pay.gov, we are requesting the Court direct a refund of the overpayment of $150.00 as specified by the receipt for the mistaken payment, Tracking ID: ANYEDC-15346384 paid at 1:30:13 ET.

                                            Respectfully submitted,

                                            */s/     Zev Hillel Antell*
                                            Zev Hillel Antel (VSB No. 74634)
                                            *(Movant for Admission Pro Hac Vice)*
                                            BUTLER CURWOOD PLC
                                            140 Virginia Street, Suite 302
                                            Richmond, Virginia 23219
                                            Tel: 804-648-4848
                                            Fax: 804-237-0413
                                            Email:  zev@butlercurwood.com

                                            *Counsel for Plaintiff Corrine Lucas*
                                            *and all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to all counsel of record.

<u>/s/   Zev Hillel Antell</u>